# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1043.2**
**CAF 14-00789**
PRESENT: SMITH, J.P., PERADOTTO, VALENTINO, WHALEN, AND DEJOSEPH, JJ.

---

IN THE MATTER OF SUSAN TUTTLE,
PETITIONER-APPELLANT,

V                                               MEMORANDUM AND ORDER

BETH MATEO, RESPONDENT-RESPONDENT.
(APPEAL NO. 2.)

---

DAVISON LAW OFFICE PLLC, CANANDAIGUA (MARY P. DAVISON OF COUNSEL), FOR
PETITIONER-APPELLANT.

ROBERT L. GOSPER, ATTORNEY FOR THE CHILD, CANANDAIGUA.

---------------------------------------------------------------------------------------------------------------

     Appeal from an amended order of the Family Court, Ontario County
(Maurice E. Strobridge, JHO), entered April 11, 2014 in a proceeding
pursuant to Family Court Act article 6.  The amended order denied the
petition of respondent to terminate visitation.

     It is hereby ORDERED that said appeal is unanimously dismissed
without costs.

     Same Memorandum as in *Matter of Tuttle v Mateo* ([appeal No. 3]
___ AD3d ___ [Oct. 3, 2014]).

Entered:  October 3, 2014                    Frances E. Cafarell
                                             Clerk of the Court